A Formal Civil Rights Complaint and Urgent Demand for Corrective Action against Mark Sowell, RMV Hearings Officer, was filed yesterday with the MassDOT Title VI Specialists – Office of Diversity and Civil Rights and the MassDOT Assistant Secretary & Chief Diversity Officer, Investigations Unit.

Specific Claims

1. Perjury and Willful Falsehood (M.G.L. c. 268, § 1) – knowingly submitting false statements to justify suspension.

2. Deprivation of Civil Rights (M.G.L. c. 265, § 37; 42 U.S.C. § 1983) – acting under color of law to unlawfully deprive me of liberty and property rights.

3. Fabrication of Evidence and Misconduct in Office – reliance on falsified or unlawfully obtained records.

4. Negligence, Bad Faith, and Abuse of Authority – refusal to investigate and rescind the suspension despite direct notice.

Demand for Immediate Action

Accordingly, I demand that the RMV:

- Immediately rescind the unlawful suspension and reinstate my license without conditions;
- Purge all false and fabricated records relating to this matter;
- Provide written confirmation of corrective action within 3 calendar days of this notice.

Failure to comply will result in the filing of a civil action against the RMV, its officers, and all responsible parties. Such litigation will include claims for compensatory and punitive damages, attorney's fees, and any additional relief available under state and federal law. I further reserve the right to pursue referral for criminal investigation of perjury, civil rights violations, and official misconduct.

This notice is submitted in good faith but with full reservation of all rights, remedies, and causes of action.

Respectfully,

By: Jasmine Poole
Petitioner, In Propria Persona / Sui Juris

*Exhibit A* (handwritten annotation)

Formal civil rights complaint and Urgent Demand (1).pdf
3.6 MB

*Exhibit B* (handwritten)

# Formal Notice of Intent to Sue – Unlawful Suspension of License

3 messages

**John** <billofrights316@gmail.com>  Fri, Aug 22, 2025 at 9:09 AM
To: Joyce.Conard@dot.state.ma.us, MassDOT CivilRights <massdot.civilrights@dot.state.ma.us>
Cc: odcrcomplaints@dot.state.ma.us, poolejasmine14@gmail.com, USAMA.CivilRights@usdoj.gov, CivilRights (AGO) <civilrights@state.ma.us>

To:
Colleen Ogilvie, Registrar of Motor Vehicles
Joyce A. Conard, Chemical Test Refusal Program Coordinator, II
Massachusetts Registry of Motor Vehicles

Cc:
MassDOT Title VI Specialists – Office of Diversity and Civil Rights (MassDOT.CivilRights@state.ma.us)

MassDOT Assistant Secretary & Chief Diversity Officer – Investigations Unit (odcrcomplaints@dot.state.ma.us

Attention: John F. Kennedy, Clerk-Magistrate
Address: 261 South Main Street
Uxbridge, MA 01569
Email: cmuxbridgedc@jud.state.ma.us

Jasmine Poole v. Registry of Motor Vehicles – District Court Civil Action No. 2565 CV 0205
Dear Registrar Ogilvie and Ms. Conard,

I write in good faith to place you and the Massachusetts Registry of Motor Vehicles (RMV) on formal notice of my civil rights claim and intent to pursue litigation regarding the unlawful suspension of the driver's license under G.L. c. 90, § 24(1)(g).

As reflected in my sworn filings:

- The suspension order is without legal merit, based on demonstrably false and/or fabricated evidence, and constitutes a gross violation of my due process and civil rights.
- The record upon which the suspension relies is factually inaccurate and legally unsustainable, making continued enforcement an egregious abuse of administrative authority.
- Despite actual notice of these defects, the RMV has refused to rescind or correct its decision, thereby compounding the violation and heightening liability.

## Filing Under

This claim and demand for corrective action are filed pursuant to:

- Title VI of the Civil Rights Act of 1964 (42 U.S.C. § 2000d) – Nondiscrimination in federally assisted programs;
- Title II of the Americans with Disabilities Act (42 U.S.C. §§ 12131–12134) – Disability accommodations and protections;
- Massachusetts Civil Rights Act (M.G.L. c. 12, §§ 11H & 11I) – Protection of civil liberties;
- Massachusetts Administrative Procedure Act (G.L. c. 30A, § 11) – Administrative correction of unlawful agency action.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mark Sowell, Hearing officer, RMV Division - Driver Control Unit, PO Box 55889 Boston, MA 02205

9590 9402 9219 4295 1444 39

2. Article Number (Transfer from service label)

RF 250 104 009 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Paul McGay

C. Date of Delivery
AUG 01 2025

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below. ☐ No

Petition for Immediate Judicial Review/Admin Correction

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Exhibit C: Petition for Judicial Review / Administrative correction (Return Receipt # RF250104009US)

Date/Time Printed: 07-07-2025 09:10:32  Revised: 07/16

**17.**

| CRIMINAL COMPLAINT ORIGINAL | DOCKET NUMBER 2865CR000836 | NO. OF COUNTS 4 | Trial Court of Massachusetts District Court Department |
|---|---|---|---|
| DEFENDANT NAME & ADDRESS<br>Jasmine Poole<br>7 Stockholm Street<br>Apt 3<br>Worcester, MA 01607 | | | COURT NAME & ADDRESS<br>Uxbridge District Court<br>261 South Main Street<br>Uxbridge, MA 01569<br>(508)278-2454 |
| DEFENDANT DOB 08/24/1989 | COMPLAINT ISSUED 07/07/2025 | DATE OF OFFENSE 07/04/2025 | ARREST DATE 07/04/2025 | |
| OFFENSE CITY/TOWN Douglas | OFFENSE ADDRESS North Street | | NEXT EVENT DATE & TIME 07/07/2025 09:09 AM |
| POLICE DEPARTMENT DOUGLAS PD | POLICE INCIDENT NUMBER 25-132-AR | | NEXT SCHEDULED EVENT Arraignment |
| OBTN TDOU202500132 | PCF NUMBER 2865851 | DEFENDANT XREF ID 6834946 | ROOM / SESSION Courtroom 1 - Main Floor |

The undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date(s) indicated below the defendant committed the offense(s) listed below and on any attached pages.

| COUNT | CODE | DESCRIPTION |
|---|---|---|
| 1 | 90/24/J | OUI-LIQUOR OR .08% c90 §24(1)(a)(1) |

On 07/04/2025 did operate a motor vehicle upon a way, as defined in G.L. c.90, §1, or in a place to which the public has a right of access, or upon a way or in a place to which members of the public have access as invitees or licensees, with a percentage, by weight, of alcohol in his or her blood of eight one-hundredths or greater, or while under the influence of intoxicating liquor, in violation of G.L. c.90, §24(1)(a)(1).

PENALTY: imprisonment for not more than 2½ years; or not less than $500, not more than $5000 fine; or both imprisonment and fine; plus $50 Victims of Drunk Driving Assessment; plus (if OUI $250 Head Injury Assessment; no filing or continuance without a finding; and license revoked for 1 year. §24Q: Defendants with a blood alcohol level of .20% must also attend alcohol or drug assessment by DPH or other court-approved program. §24D alternative disposition: if defendant eligible, after guilty finding or continuance without a finding, judge may allow as alternative: probation not more than 2 years, plus driver alcohol or controlled substance abuse education program, or alcohol or controlled substance abuse treatment or rehabilitation program, or both, plus its program fee, plus $250 assessment for apprehension, treatment and rehabilitation programs, plus $50 Victims of Drunk Driving Assessment, plus (if OUI $250 Head Injury Assessment, plus license suspended for not less than 45 days, not more than 90 days (or for 210 days, if defendant under age 21 on offense date. Defendants aged 17-21 with a blood alcohol level of .20% or more must attend a "14-day second offender in-home program."

| 2 | 90/24V/A | CHILD ENDANGERMENT WHILE OUI c90 §24V |

On 07/04/2025 was guilty of child endangerment while operating a motor vehicle or vessel under the influence, in that he or she did violate G.L. c.90, §§24(1)(a), 24G(a) or 24L, or G.L. c.90B, §§8(a), 8A or 8B, or G.L. c.265, §13½, or did operate a motor vehicle with a percentage by weight of blood alcohol of .08% or greater or while under the influence of intoxicating liquor in violation of G.L. c.90, §24G(b), with a child 14 years of age or younger in the motor vehicle or vessel, in violation of G.L. c.90, §24V.

PENALTY: "enhanced penalty" of house of correction not less than 90 days, not more than 2½ years "shall be served consecutively to and not concurrently with the predicate violation"; plus fine not less than $1000, not more than $5000; may not be filed or continued without a finding; G.L. c.276, §87 and G.L. c.276A, §§1-9 are inapplicable; RMV shall suspend license for 1 year.

| 3 | 94C/34/D | DRUG, POSSESS CLASS B, SUBSQ.OFF. c94C §34 |

On 07/04/2025, not being authorized by law, did knowingly or intentionally possess a controlled substance in Class B of G.L. c.94C, §31, to wit: CRACK COCAINE, the defendant having previously been convicted of violating G.L. c.94C, §34, or of a felony under another provision of G.L. c.94C, or of a corresponding provision of prior law relative to the sale or manufacture of a narcotic drug, in violation of G.L. c.94C, §34.

PENALTY: imprisonment not more than 2 years; or not more than $2000; or both.

| SIGNATURE OF COMPLAINANT X [signature] Jacqueline Brunne | SWORN TO BEFORE CLERK-MAGISTRATE/ASST.CLERK/DEP. ASST. CLERK X [signature] A TRUE COPY ATTEST / CLERK-MAGISTRATE/ ASST. CLERK X | DATE 7/7/25 DATE |
|---|---|---|
| NAME OF COMPLAINANT Jacqueline Brunne | | |

Notice to Defendant: 42 U.S.C. § 3796gg-4(e) requires this notice: If you are convicted of a misdemeanor crime of domestic violence you may be prohibited permanently from purchasing and/or possessing a firearm and/or ammunition pursuant to 18 U.S.C. § 922 (g) (9) and other applicable related Federal, State, or local laws.

*[Handwritten annotation in right margin:]* Exhibit D

Criminal Docket