UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE POOLE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASSACHUSETTS REGISTRY OF MOTOR )<br>VEHICLES, et al., )<br>)<br>Defendant. )<br>) | CIVIL ACTION<br>NO. 25-40132-MRG |

**ORDER**
March 3, 2026

**GUZMAN, D.J.**

      Plaintiff Jasmine Poole of Worcester, Massachusetts, initiated this action by filing a civil rights complaint against the Massachusetts Registry of Motor Vehicles ("RMV"), MassDOT, an RMV hearing officer, the RMV Registrar and the coordinator of the chemical test refusal program. ECF 1. Plaintiff's motions for temporary restraining order and for leave to proceed *in forma pauperis* were denied and the complaint was dismissed for failing to state a claim upon which relief can be granted and based on principles of abstention and the anti-injunction act. ECF 6.

      On September 11, 2025, plaintiff filed an emergency motion for leave to file her first amended complaint. ECF 8. Although she states that she attaches her "First Amended Complaint," the only attachment is her "Affidavit in Support of Amended Complaint." ECF 8-1. Almost 2 weeks later, on October 1, 2026, she filed a civil rights complaint with the following defendants listed in the case caption: D'Vonte Peters, Nicholas Zanchi, Douglas Police Department, Town of Douglas, John P. Stapleton, and Lisa J. Wells. ECF 9. The complaint was entered on the docket as plaintiff's amended complaint. The following month, plaintiff filed an

emergency notice of filing error. ECF 11. In her notice, she explains that her October 1, 2025 filing was intended to initiate a new civil action and not an amendment to the complaint filed in the instant action. Id.   However, this action was dismissed and her motion for leave to proceed *in forma pauperis* was denied. Poole has not resolved the filing fee. To the extent Poole seeks to pursue an action against the defendants named in her October 1st complaint, she must commence a new civil action and pay the $405 filing fee or obtain leave to proceed without prepayment of the filing fee.

Upon review of the pending motions, it is hereby ORDERED:

1. The emergency motion for leave to file (ECF 8) is **DENIED**.

2. The emergency notice of filing error and request for immediate docket correction (ECF 11) is **DENIED**. To the extent Poole seeks to pursue a new action, she must commence a new civil action by filing a complaint and paying the $405 filing fee or obtaining leave to proceed without prepayment of the filing fee.

3. The Clerk shall enter a final order of dismissal.

**SO ORDERED.**

/s/ Margaret R. Guzman
MARGARET R. GUZMAN
UNITED STATES DISTRICT JUDGE

Dated: March 3, 2026