# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE POOLE, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION |
| | ) NO. 4:25-40132-MRG |
| D'VONTE PETERS, ET AL, | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

**GUZMAN, D.J.**

In accordance with the Court's Order dated March 3, 2026, [ECF 12] DENYING Plaintiff's Motion to Leave to File, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

March 3, 2026                     /s/Suzanne Frisch
Date                                  Deputy Clerk